UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY,<br><br>        Plaintiff,<br><br>  v.<br><br>R. AGUIRRE, et al.,<br><br>        Defendants. | 1:10-cv—01841-LJO-SKO-PC<br><br>ORDER DIRECTING THE CLERK TO REDESIGNATE THIS ACTION AS A PRISONER CIVIL RIGHTS CASE, REMOVE THE "HC" FROM THE CASE NUMBER, AND SUBSTITUTE "PC"<br><br>ORDER DIRECTING THE CLERK TO SEND NOTICE OF THE NEW CASE NUMBER<br><br>ORDER DIRECTING THE PARTIES TO USE THE NEW PRISONER CIVIL RIGHTS CASE NUMBER |

    Bruce Patrick Haney is a state prisoner who is incarcerated at Corcoran State Prison and is serving a determinate sentence for an offense involving a controlled substance. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

    On October 6, 2010, Haney filed a document which was designated as a petition for writ of habeas corpus. Because of the nature of the allegations in the document, the Court issued an order permitting the petitioner to choose to file either a prisoner civil rights complaint or a petition for writ of habeas

1

corpus.  In response to the Court's order, on November 1, 2010, Petitioner filed a prisoner civil rights complaint pursuant to 28 U.S.C. § 1983.

    Accordingly, it is ORDERED that:

    1) The Clerk of the Court is DIRECTED to:

        a) Change the designation of the present case to reflect that of a prisoner civil rights action by removing the "HC" from the case number and substituting "PC"; and

        b) Send a notice of the new case number to all parties in this action; and

    2) The parties are DIRECTED to use the redesignated case number, to which the "HC" suffix has been substituted, in the pleadings and documents filed in this action.

IT IS SO ORDERED.

**Dated:   November 15, 2010**                /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE